**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-6748**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

BOBBY WAYNE DEBNAM,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:17-cr-00100-BO-1)

_____

Submitted:  October 26, 2021                          Decided:  January 13, 2022

_____

Before GREGORY, Chief Judge, DIAZ, Circuit Judge, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jorgelina E. Araneda, ARANEDA LAW FIRM, Raleigh, North Carolina, for Appellant. G. Norman Acker, III, Acting United States Attorney, Jennifer P. May-Parker, Assistant United States Attorney, Kristine L. Fritz, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby Wayne Debnam appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  We review a district court's order granting or denying a compassionate release motion for abuse of discretion.  *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021).  We have reviewed the record and conclude that the court did not abuse its discretion.  After waiving the exhaustion requirement and assuming that Debnam established extraordinary and compelling reasons for his release, the court denied Debnam's motion based on the applicable 18 U.S.C. § 3553(a) factors and sufficiently explained the reasons for the denial.  *See United States v. High*, 997 F.3d 181, 188-91 (4th Cir. 2021) (discussing amount of explanation required for denial of straightforward compassionate release motion).  We therefore affirm the district court's order.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2